Cite as 2024 Ark. 76
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | **Opinion Delivered:** May 2, 2024 |

**PER CURIAM**

Senator Missy Thomas Irvin, of Mountain View, is reappointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for a three-year term to expire on June 1, 2027. The court thanks Senator Irvin for her willingness to serve on this important commission.